IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-43812 |
| Donald Eugene Lee, Jr. | ) ) ) | Stipulated Order Resolving Advantis Credit Union's Objection to Confirmation |
| Debtor(s). | ) | |

This matter came before the Court on the Objection to Confirmation of Chapter 13 Plan filed by Advantis Credit Union ("Advantis"). The matter was heard by the Court on December 6, 2016 on the Vancouver, WA hearings docket. At that time, counsel for both the debtor and Advantis represented to the Court that the objection could be resolved in a stipulated order. This order represents the stipulation of the parties.

Wherefore, it is hereby ORDERED that the debtor's plan of reorganization dated 09/28/2016 is approved and the Chapter 13 Trustee may submit an order confirming the same, however, the Advantis claims shall be provided for as follows:

1. The debtor shall have 18 months instead of 24 months in which to sell or refinance his real property;

2. The adequate protection payments to Advantis for the 02 Infiniti Q45 shall be at least $30 each month instead of $25; and

\\\

Page 1 - Stipulated Order Resolving Advantis Credit Union's Objection to Confirmation

**Law Office Richard S. Ross, P.C.**
1610 Columbia St.
Vancouver, WA 98660
(360) 699-1400

Case 16-43812-BDL    Doc 20    Filed 12/29/16    Ent. 12/29/16 22:04:11    Pg. 1 of 2

3. The interest rate payable to Advantis for the 02 Infiniti Q45 shall be 7% instead of 5%.

### END OF ORDER ###

Stipulated to/presented by:  Stipulated to/notice of presentment waived:

/s/ Richard S. Ross
Richard S. Ross, WSB No. 21883
Attorney for Debtor(s)

/s/ Samuel J. Dart
Samuel J. Dart, WSBA No. 47871
Attorney for Chapter 13 Trustee

Stipulated to/notice of presentment waived:

/s/ Scott J. Mitchell
Scott J. Mitchell, WSBA No. 48619
Attorney for Advantis Credit Union

Page 2 - Stipulated Order Resolving Advantis Credit Union's Objection to Confirmation

**Law Office Richard S. Ross, P.C.**
1610 Columbia St.
Vancouver, WA 98660
(360) 699-1400

Case 16-43812-BDL    Doc 20    Filed 12/29/16    Ent. 12/29/16 22:04:11    Pg. 2 of 2