**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: June 6, 2017**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Vancouver, Washington**
**RESPONSE DATE: May 30, 2017**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

DONALD EUGENE LEE, Jr.,

Debtor.

Case No. 16-43812-BDL

NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c)

## NOTICE

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss will be heard before the Honorable Brian D. Lynch at **1:00 p.m. on June 6, 2017**, at the Vancouver Federal Building, 500 West 12th, 2nd Floor, Vancouver, Washington, 98660.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **May 30, 2017**. You should also appear at the time of hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

NOTICE AND MOTION TO DISMISS - 1

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

# **MOTION**

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee and alleges as follows:

1. The debtor filed this case on **September 13, 2016**. The case was confirmed by order of the Court on **January 7, 2017.**

2. Pursuant to the confirmed plan, the debtor is required to make plan payments of $3,080.00 per month. Debtor is presently delinquent in plan payments in the amount of $10,780.00, supported by the Declaration filed herewith.

3. The debtor has otherwise defaulted under the terms of the Plan as follows: § 1307(c)(1) unreasonable delay by the debtor that is prejudicial to the creditors, § 1307(c)(6) failure to remit plan payments.

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

**DATED** this 21st day of April, 2017.

*/s/ Matthew J.P. Johnson*

Matthew J.P. Johnson, WSBA #40476 for
Michael G. Malaier, Chapter 13 Trustee

NOTICE AND MOTION TO DISMISS - 2

Michael G. Malaier
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Case 16-43812-BDL    Doc 23    Filed 04/21/17    Ent. 04/21/17 08:40:22    Pg. 2 of 2