RCO Legal, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Brian D Lynch
Chapter 13
Hearing Location: Vancouver

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE<br><br>DONALD EUGENE LEE JR. AKA DONALD E. LEE, JR. AKA DONALD LEE, AKA DON LEE<br><br>DEBTOR. | NO.: 16-43812-BDL<br><br>DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY BY HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES |

The undersigned declares and states:   Kendall Proeun

1. I am of legal age, not a party to the above captioned action, and competent to be a witness.

2. I am employed by Select Portfolio Servicing, Inc. ("Servicer"), the loan servicing agent for HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates ("Creditor") as a Document Control Officer. I have received training about the process by which Servicer maintains their loan records relating to accounts that are serviced by my company, and how to evaluate status based upon those records and I am familiar with the same. Based upon my observations, training, and experience working with Servicer, I know that records kept are in the

Declaration in Support of Motion for Relief from Stay
and Co-Debtor Stay
16-43812-BDL
Page - 1

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

course of regularly conducted business. Entries in the records are made at or near the time of the event recorded by or with information from a person with knowledge of the event recorded. My training includes instruction on how to access business records necessary to offer testimony concerning loan status and documentation. Servicer maintains records relating to the above captioned borrower's loan file. My testimony is based upon my training and knowledge of Servicer's record keeping system, the practices that are followed when entries or documents are added to the electronic record, and my review of this particular file in the electronic record.

3. In the present case, Servicer is the loan servicing agent for HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3, Asset Backed Pass-Through Certificates ("Creditor").

4. On June 23, 2006, the debtor and Rowena F. Lee executed and delivered a Promissory Note to Alpine Mortgage, LLC, A Limited Liability Company. The Note represents the debtor's promise to pay $440,000.00. Alpine Mortgage, LLC, A Limited Liability Company indorsed the promissory note to New Century Mortgage Corporation. New Century Mortgage Corporation indorsed the promissory note in blank. Creditor is the actual holder of the Promissory Note. A true and correct copy of the indorsed Note is attached as Exhibit A.

5. Creditor's security interest is based upon a Deed of Trust executed by Debtor and Rowena F. Lee on or about June 23, 2006. The Deed of Trust created the lien on the property located at 22705 NE Mountain View Court, Ridgefield, WA 98642. The Deed of Trust was recorded on June 30, 2006 under Clark County recording number 4188898. A true and correct copy of the recorded Deed of Trust is attached as Exhibit B.

Declaration in Support of Motion for Relief from Stay
and Co-Debtor Stay
16-43812-BDL
Page - 2

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

Case 16-43812-BDL    Doc 26    Filed 06/15/17    Ent. 06/15/17 16:41:03    Pg. 2 of 3

6. Servicer's records on the loan that is the subject of present motion reflect that the loan is contractually due for payments owed on and after September 1, 2015 in the amount of $1,492.51 each. The monthly payment amount is currently $2,013.95.

7. The Principal Balance due on the loan is $359,836.58.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Dated this 8th day of June, 2017.

Name: Kendall Proeun
Title: Document Control Officer
Select Portfolio Servicing, Inc.

Declaration in Support of Motion for Relief from Stay
and Co-Debtor Stay
16-43812-BDL
Page - 3

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131

Case 16-43812-BDL    Doc 26    Filed 06/15/17    Ent. 06/15/17 16:41:03    Pg. 3 of 3