UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
VANCOUVER DIVISION

In re:

Donald Eugene Lee Jr

Debtor(s)

Case No. 16-43812-BDL

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

Michael G. Malaier, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/13/2016.

2) The plan was confirmed on 01/04/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/21/2017.

5) The case was dismissed on 10/04/2017.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $148,623.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $10,780.00 |
| Less amount refunded to debtor | $15.83 |

**NET RECEIPTS:** **$10,764.17**

## Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $511.22 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$511.22**

Attorney fees paid and disclosed by debtor: $1,290.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADP | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| ADVANTIS CREDIT UNION | Secured | NA | 82,673.00 | 0.00 | 3,089.79 | 0.00 |
| ADVANTIS CREDIT UNION | Secured | 3,366.00 | 4,448.15 | 4,448.15 | 0.00 | 0.00 |
| ADVANTIS CREDIT UNION | Secured | 1,283.00 | 1,803.98 | 1,803.98 | 27.27 | 20.99 |
| ADVANTIS CREDIT UNION | Secured | 20,000.00 | 0.00 | 21,478.00 | 0.00 | 0.00 |
| ADVANTIS CREDIT UNION | Secured | NA | 0.00 | 1,434.00 | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALPINE MORTGAGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL RESPONSE | Unsecured | 1,079.00 | NA | NA | 0.00 | 0.00 |
| APELLES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ASSET SYSTEMS INC | Unsecured | NA | 8,686.00 | 8,686.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL OF US | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | NA | 682.83 | 682.83 | 0.00 | 0.00 |
| CLARK COUNTY TREASURER | Priority | NA | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COLUMBIA COLLECTORS | Unsecured | NA | 470.38 | 470.38 | 0.00 | 0.00 |
| COLUMBIA COLLECTORS | Unsecured | NA | 239.60 | 239.60 | 0.00 | 0.00 |
| COLUMBIA COLLECTORS | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| DCS FINANCIAL | Unsecured | 1,454.00 | 261.34 | 261.34 | 0.00 | 0.00 |
| DYNAMIC COLLECTORS | Unsecured | NA | 222.48 | 222.48 | 0.00 | 0.00 |
| EDUCATIONAL CREDIT MANAGEME | Unsecured | NA | 93,873.31 | 93,873.31 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IRS SPECIAL PROCEDURES | Unsecured | 87,073.00 | NA | NA | 0.00 | 0.00 |
| JACOBUS CARSTAR | Unsecured | 703.00 | NA | NA | 0.00 | 0.00 |
| LEGACY EMANUEL HOSPITAL & HE/ | Unsecured | 4,420.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 2,682.00 | 2,682.32 | 2,682.32 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MONSON LAW OFFICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MULTNOMAH CIRCUIT COURT | Unsecured | 1,796.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 147.40 | 147.40 | 0.00 | 0.00 |
| NORTHWEST ACUTE CARE - SALMO | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST TRUSTEE SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PETERSON & ASSOC. | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Unsecured | NA | 505.88 | 505.88 | 0.00 | 0.00 |
| PORTLAND CLINIC | Unsecured | 562.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL CREDIT SERVICES | Unsecured | NA | 4,618.29 | 4,618.29 | 0.00 | 0.00 |
| PROFESSIONAL CREDIT SERVICES | Unsecured | NA | 1,188.59 | 1,188.59 | 0.00 | 0.00 |
| ROWENA LEE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | NA | 392,361.29 | 0.00 | 7,114.90 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | 30,000.00 | 0.00 | 38,758.51 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | NA | 0.00 | 4,027.90 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| STATE OF OREGON | Priority | NA | 2,246.87 | 2,246.87 | 0.00 | 0.00 |
| STATE OF OREGON | Unsecured | NA | 536.00 | 536.00 | 0.00 | 0.00 |
| STATE OF OREGON | Unsecured | 10,648.00 | NA | NA | 0.00 | 0.00 |
| THE VANCOUVER CLINIC | Unsecured | 1,152.00 | 912.26 | 912.26 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Unsecured | NA | 23,632.13 | 23,632.13 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | NA | 47,642.09 | 47,642.09 | 0.00 | 0.00 |
| UNITED STATES TREASURY | Priority | 120,000.00 | 69,686.35 | 69,686.35 | 0.00 | 0.00 |
| US ATTORNEY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 1,274.00 | NA | NA | 0.00 | 0.00 |
| USA FUNDS | Unsecured | 100,000.00 | 158,333.83 | 158,333.83 | 0.00 | 0.00 |
| VANCOUVER RADIOLOGISTS | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $5,461.90 | $10,204.69 | $0.00 |
| Mortgage Arrearage | $60,236.51 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,252.13 | $27.27 | $20.99 |
| **TOTAL SECURED:** | **$71,950.54** | **$10,231.96** | **$20.99** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $119,575.31 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$119,575.31** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$296,992.64** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $511.22 |
| Disbursements to Creditors | $10,252.95 |
| **TOTAL DISBURSEMENTS** : | **$10,764.17** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/03/2018                                By: /s/ Michael G. Malaier
                                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**